```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: February 16, 2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROMEO ORTIZ,

                Plaintiff,

  -against-

RHYTHM & FLOW ENTERTAINMENT, INC. et al,
                Defendants.
------------------------------------------------------------X

**18 Civ. 03708 (PAC)**

**ORDER OF DISMISSAL**

HONORABLE PAUL A. CROTTY, United States District Judge:

    The above entitled action has been on the Court's active docket since April 26, 2018, and there having been no activity since May 11, 2018, it is,

    ORDERED, that the above-entitled action is DISMISSED, without prejudice and without costs. Either party shall notify the Court in the event this matter should be reinstated. The Clerk of Court is directed to terminate this case.

Dated: New York, New York
        February 16, 2021

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge